IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00992-MEH-BNB

JOSEPH SILVA and
DIANE SILVA,

Plaintiff,

v.

TT OF COLORADO SPRINGS, INC.;
d/b/a South Colorado Springs Nissan;

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 27, 2006**

Based upon the Court's Order granting Defendant's Motion for a Stay and to Compel Arbitration, all case management deadlines set in this matter by the Scheduling Order (Docket #15) are hereby **vacated**.

Further, this case is administratively closed pursuant to D.C.Colo.LCivR 41.2, subject to possible reopening upon completion of the arbitration by motion of any party having shown good cause.